UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA MARIE DAHL,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security Administration,<br><br>　　　　　　　　　　　Defendant. | Case No.: 22-CV-00414-W-BGS<br><br>**ORDER GRANTING JOINT MOTION FOR AWARD OF ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(d)) [DOC. 20]** |

//
/
/
//

　　　Pending before the Court is the parties' joint motion for the award of attorney fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The parties agree that no costs are to be awarded under 28 U.S.C § 1920.  Having reviewed the moving papers and good cause appearing, the Court **GRANTS** the joint motion [Doc. 20]

and **AWARDS** $5,500.00 in attorney fees and $606 in costs pursuant to the parties' Joint Stipulation for the Award of Attorney's Fees Pursuant to the Equal Access to Justice Act.

**IT IS SO ORDERED**.

Dated: February 7, 2023

Hon. Thomas J. Whelan
United States District Judge